IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                                                    CASE NO.: 1:04cr34-SPM

VICKIE RENEE DANIELS, et al.,

       Defendants.
_____/

**ORDER CONTINUING SENTENCING**

For good cause shown, the Joint Motion to Continue Sentencing (doc. 71) is granted. Sentencing is reset for 1:30 p.m. on June 13, 2005.

DONE AND ORDERED this 3rd day of May, 2005.

                               *s/ Stephan P. Mickle*
                               Stephan P. Mickle
                               United States District Judge