IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                          CASE NO.: 1:04cr34-SPM

VICKIE RENEE DANIELS, et al.,

       Defendants.
_____/

### ORDER CONTINUING SENTENCING

For good cause shown, the Joint Motion to Continue Sentencing (doc. 76) is granted. Sentencing for Defendant Vickie Renee Danielsis reset for 1:30 p.m. on July 11, 2005.

DONE AND ORDERED this 8th day of June, 2005.

    *s/ Stephan P. Mickle*
    Stephan P. Mickle
    United States District Judge