IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                                                    CASE NO.: 1:04cr34-SPM

VICKIE RENEE DANIELS, et al.,

      Defendants.
_____/

## ORDER CONTINUING SENTENCING

For good cause shown, the Joint Motion to Continue Sentencing (doc. 81) is granted.  Sentencing for Defendant Vickie Renee Daniels is reset for 1:30 p.m. on Tuesday, August 9, 2005.

DONE AND ORDERED this 6th day of July, 2005.

                   *s/ Stephan P. Mickle*
                   Stephan P. Mickle
                   United States District Judge